1012

No. 93–593. DAVIS ET AL. v. CITY AND COUNTY OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–594. WATTS v. RICE, SECRETARY OF THE ARMY, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–596. BONTKOWSKI v. FIRST NATIONAL BANK OF CICERO. C. A. 7th Cir. Certiorari denied.

No. 93–597. WELSH, A MINOR, ET AL. v. BOY SCOUTS OF AMERICA ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–603. BEWLEY v. HOWELL, SUPERINTENDENT, TULSA COUNTY INDEPENDENT SCHOOL DISTRICT NO. 1, ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–604. STATLAND v. AMERICAN AIRLINES, INC. C. A. 7th Cir. Certiorari denied.

No. 93–612. ASKEW ET AL. v. DCH HEALTH CARE AUTHORITY ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–617. DUNN v. SIMS. Sup. Ct. Ala. Certiorari denied.

No. 93–619. GRAHAM v. MENGEL, CLERK, SUPREME COURT OF OHIO, AND SECRETARY OF THE BOARD OF BAR EXAMINERS, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 93–629. ST. HILAIRE v. ST. HILAIRE. Sup. Jud. Ct. Me. Certiorari denied.

No. 93–634. WASHINGTON MILLS ELECTRO MINERALS CORP. ET AL. v. DELONG EQUIPMENT CO. C. A. 11th Cir. Certiorari denied.

No. 93–638. JORDAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–654. RELIN v. FRANK. C. A. 2d Cir. Certiorari denied.